# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| In Re: | Case No. 19-20119 |
| Corey Lamark Joseph, Sr. | Chapter 13 |
| Debtor. | Judge John W. Kolwe |

## WITHDRAWAL OF DOCUMENT (Doc. 39)

U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust ("Creditor"), by and through their undersigned agent, hereby gives notice of a Withdrawal of Transfer of Claim (Doc. 39) as it references the incorrect Claim.

    Respectfully Submitted

    /s/ D. Anthony Sottile

    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

# **CERTIFICATE OF SERVICE**

I certify that on October 23, 2019, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    David J. Williams, Debtor's Counsel
    dwillms@aol.com

    Keith A. Rodriguez, Chapter 13 Trustee
    ecf@keithrodriguez.com

    Office of the United States Trustee
    ustpregion05.sh.ecf@usdoj.gov

I further certify that on October 23, 2019, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Corey Lamark Joseph, Sr., Debtor
    1104 N. Wendell Street
    Lake Charles, LA 70601

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com